1  LIDIA S. STIGLICH (CSBN 182100)
   STIGLICH & HINCKLEY, LLP
2  502 Seventh Street
   San Francisco, California 94103
3  Telephone: 415-865-2539
   Fax: 415-865-2538
4
   Attorney for Defendant
5  TIMOTHY PHILLIPS

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

10 UNITED STATES OF AMERICA,              Case No. CR 06-0179 PJH

11         Plaintiff,
                                          STIPULATION AND (PROPOSED)
12    v.                                  ORDER CONTINUING SENTENCING

13
   TIMOTHY PHILLIPS,
14
           Defendant.
15 _____/

16      Defendant TIMOTHY PHILLIPS, by and through his counsel Lidia S. Stiglich and

17 Assistant United States Attorney Robert Rees, hereby stipulate and agree to continue the

18 sentencing date in the above entitled matter from October 3, 2007, to December 12, 2007, or a

19 date that is convenient to the Court.

20      Good cause exist for the requested continuance in that both government counsel and the

21 defense require additional time to prepare for sentencing. United States Probation Officer Insa

22 Bel' Ochi has been notified of, joins in this request and has no objection.

23 SO STIPULATED:

24                                        /S/
   DATED:    9/12/07                      _____
25                                        LIDIA STIGLICH
                                          Attorney for Defendant
26
                                          /S/
27 DATED:    9/14/07                      _____
                                          ROBERT REES
28                                        Assistant United States Attorney

                                    -1-

**ORDER**

Pursuant to stipulation, Defendant TIMOTHY PHILLIPS' sentencing is hereby continued from October 3, 2007 at 1:30 p.m. to December 12, 2007 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: 9/14/07



The Hon. Phyllis J. Hamilton
United States District Judge